UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MADISON PACIFIC TRUST LIMITED,

<div style="margin-left:2em">Petitioner,</div>

v.

SERGIY GROZA and VOLODYMYR NAUMENKO,

<div style="margin-left:2em">Respondents.</div>

---

25-cv-00642 (PKC)

FINAL JUDGMENT

This action having been commenced on January 22, 2025 by Madison Pacific Trust Limited ("Petitioner") filing a Petition to Confirm an Arbitral Award[1] ("Petition"), and a copy of the Petition, along with supporting materials and the briefing schedule, having been served on the Respondents Sergiy Groza and Volodymyr Naumenko (collectively, the "Respondents") via email on April 16, 2025, by personal delivery to Fortior Law S.A. on April 16, 2025, and by shipping via DHL to Fortior Law S.A. on April 22, 2025, and an affidavit of service having been filed on May 6, 2025, and the Respondents not having responded to the Petition, and the Court having confirmed the entire Award including Petitioner's fees and costs on April 2, 2026, it is

---

[1] The Arbitration Award is dated January 6, 2025, as amended February 18, 2025. Dkt. 18-2.

ORDERED, ADJUDGED, AND DECREED: That the Petitioner have judgment against Respondents in the amount of:

(1) USD $149,394,978.33 plus accrued post-Award and pre-judgment interest at the rate agreed in the underlying contracts (Section 5.1 of the Amended Suretyship Deeds and Section 8.4 of the Amended Facility Agreement), compounding quarterly, *see* Dkt. 4-1 at 10-11, totaling USD $60,182,616.49, as well as post-judgment interest accruing at the rate agreed in the underlying contracts (Section 5.1 of the Amended Suretyship Deeds and Section 8.4 of the Amended Facility Agreement), *see id.*;

(2) GBP 673,997.40 in arbitration costs and legal fees, plus accrued pre-Award interest of GBP 44,530.23, and pre-judgment and post-Award interest of GBP 70,760.49, as well as post-judgment interest to be calculated as stipulated in 28 U.S.C. § 1961(a) until the judgment is satisfied;

(3) USD $2,512,536.03 in arbitration legal fees, plus accrued pre-Award interest of USD $105,658.51, plus accrued pre-judgment and post-Award interest of USD $263,781.86, plus post-judgment interest to be calculated as stipulated in 28 U.S.C. § 1961(a) until the judgment is satisfied; and

(4) costs and disbursements of this action in the amount of USD $405.

Dated: New York, New York
June 16, 2026

P. KEVIN CASTEL
United States District Judge